473 A.2d 700

Matter of Waters.

Appeal of Jeffrey J. Waters.

**648**

Submitted September 30, 1983. Robert M. Rosenblum, for appellant; Jay Yale Rubin, for participating party.

Before WICKERSHAM, ROWLEY and POPOVICH, JJ.

Order affirmed.